BL9881767

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND, BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter: 7 |
| YENNY P RODRIGUEZ | : | |
| | : | |
| | : | |
| | : | BANKRUPTCY NO: 24-14660 |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

  1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor

listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

  2. The address to which all such notices should be sent and substituted for that of the creditor:

        **Toyota Motor Credit Corporation**
        **c/o Becket & Lee LLP**
        **PO Box 3002**
        **Malvern, PA 19355-0702**

        By:  /s/ Larry Butler
             Larry Butler, Claims Administrator
             Becket & Lee LLP
             PO Box 3002
             Malvern, PA 19355-0702

        Date:   07/23/2024